# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2007

132048-9(55)

_____

IN RE HAILEY NICOLE SCHILL, Minor.

_____

DEPARTMENT OF HUMAN SERVICES f/k/a
FAMILY INDEPENDENCE AGENCY,
      Petitioner-Appellee,

v

RANAE DENISE HARDING,
      Respondent-Appellant,
and
ERIC ALLEN SCHILL,
      Respondent.

_____

IN RE ANGELICA DIANNE HARDING, Minor.

_____

DEPARTMENT OF HUMAN SERVICES f/k/a
FAMILY INDEPENDENCE AGENCY,
      Petitioner-Appellee,

v

RANAE DENISE HARDING,
      Respondent-Appellant,
and
ERIC ALLEN SCHILL,
      Respondent.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132048
COA: 267501
Macomb CC
Family Division: 2003-5529011-NA

SC: 132049
COA: 267526
Macomb CC
Family Division: 2003-5529021-NA

On order of the Court, the motion for reconsideration of this Court's September 29, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2007

p0130

Clerk